# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132128(33)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SHERROD DARREL PIGEE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132128
COA: 270511
Genesee CC: 05-015946-FH

On order of the Court, the motion for reconsideration of this Court's January 31, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

p0416